## LANE *v.* LANE.

EVANS, P. J. The judge did not abuse his discretion in allowing temporary alimony to the wife; nor was it excessive in amount.

*Judgment affirmed. All the Justices concur.*

APRIL 13, 1916.

Temporary alimony. Before Judge Charlton. Chatham superior court. July 10, 1915.

*R. L. Colding,* for plaintiff in error. *D. H. Clark,* contra.